UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 16-13048
Melvin E Bradley )
) Chapter: 13
)
) Honorable Pamela S. Hollis
)
Debtor(s) )

### ORDER ALLOWING CHAPTER 13 COMPENSATION UNDER COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

On the application of debtor(s)' counsel for compensation for representing the debtor(s) in this case and pursuant to the Court-Approved Retention Agreement executed by debtor(s) and counsel, the court grants the application based on its finding that the allowance is reasonable

| | |
|---:|:---|
| $0.00 | for legal services through confirmation of the plan. |
| $4,000.00 | for legal services through conclusion of the case. |
| $0.00 | for legal services after confirmation of the plan. |
| $382.00 | for reimbursable expenses. |
| $4,382.00 | **total fees and reimbursement allowed.** |
| $ -500.00 | less payment received from debtor prior to date of application. |
| $3,882.00 | **balance allowed under this order.** |

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 29, 2016

**Fees Payable to:**
The Semrad Law Firm, LLC

20 S Clark, 28th Floor

Chicago, IL 60603

312-913-0625